UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

NOEL SAGATAW,

        Defendant.

_____/

Case No. 2:05:CR:18

HON. GORDON J. QUIST

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed June 2, 2005, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Noel Sagataw's plea of guilty to Count One of the Indictment is accepted. Defendant Noel Sagataw is adjudicated guilty.

3. Defendant Noel Sagataw shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: July 11, 2005

                                            /s/ Gordon J. Quist
                                         GORDON J. QUIST
                                       UNITED STATES DISTRICT JUDGE