UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 2:05-cr-18
                                         HON. GORDON J. QUIST

NOEL SAGATAW,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

A revocation hearing was held on September 1, 2009, at which time defendant waived his right to a revocation hearing before a district judge and admitted to the violations alleged in the Petition for Warrant or Summons for Offender Under Supervision (docket #55), filed under date of April 30, 2009.

Therefore, for the reasons stated on the record, it is recommended that the Court enter the attached Judgment in a Criminal Case for Revocation of Probation or Supervised Release.

                                                           /s/ Timothy P. Greeley
                                                           TIMOTHY P. GREELEY
                                                           UNITED STATES MAGISTRATE JUDGE

Dated: September 2, 2009

## NOTICE TO PARTIES

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than ten days after the hearing. *See* W.D. Mich. L.Cr.R. 11.1(d).