UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 2:05:CR:18

v.

                                           HON. GORDON J. QUIST

NOEL SAGATAW,

        Defendant.
_____/

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge filed January 24, 2013, is approved and adopted by this Court and the Judgment for Revocation of Supervised Release will be filed.


Dated: March 6, 2013                                      /s/ Gordon J. Quist
                                                             GORDON J. QUIST
                                                    UNITED STATES DISTRICT JUDGE